## CORPORATE RESOLUTION

I, Eve Winston, Managing Member of 59 Sands Point LLC (the "Corporation"), hereby certify that at a meeting of the Board of Directors of the Corporation duly held on the 21st day of June 2019, the following resolutions were unanimously adopted:

RESOLVED, that because of the Corporation's inability to pay its current liabilities as they mature, it is deemed expedient, necessary and in the best interest of the Corporation and its creditors that the Corporation seek relief under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), and that the Corporation, is hereby authorized, empowered and directed, under the provisions of the Corporation's by-laws to institute a case under the Bankruptcy Code; and it is further

RESOLVED, that the Corporation is authorized to retain the law firm of Kirschenbaum & Kirschenbaum, P.C., 200 Garden City Plaza, Suite 315, Garden City, New York 11530 as its counsel in such a chapter 7 proceeding, and to prepare, execute and deliver, in the name of the Corporation, or cause to be prepared, executed and delivered in its name, any and all petitions, pleadings, schedules, financial statements, affidavits, agreements, or instruments, and to take such further actions deemed necessary, proper or appropriate in the discretion of the foregoing office to accomplish the foregoing purposes.

**IN WITNESS WHEREOF, I** have hereunto set my hand and seal of the Corporation this 21st day of June 2019

_____
Eve Winston
Managing Member