**Fill in this information to identify the case:**

Debtor name: 59 Sands Point LLC
United States Bankruptcy Court for the: Eastern District of NY (State)
Case number (If known): 19-74551

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name: Ronald Frankel
Creditor's mailing address: 731 Lexington Avenue, New York, NY 10022
Creditor's email address, if known:
Date debt was incurred: 03/27/2009
Last 4 digits of account number: __ __ __ __
Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
  1. Inc. Village of Sands Point
  2. Ronald Frankel
  3. M&T Bank Corporation

Describe debtor's property that is subject to a lien: 59 Cornwells Beach Road, Port Washington, NY 11050
Describe the lien: 1st Mortgage
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $26,436,421.30
Value of collateral: $3,500,000.00

**2.2** Creditor's name: M&T Bank Corporation
Creditor's mailing address: P.O. Box 1288, Buffalo, NY 14240
Creditor's email address, if known:
Date debt was incurred: 05/26/2010
Last 4 digits of account number: 0 1 4 7
Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien: 59 Cornwells Beach Road, Port Washington, NY 11050
Describe the lien: 2nd Mortgage
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $4,000,000.00
Value of collateral: $3,500,000.00

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. $30,467,094.42

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

| Debtor | 59 Sands Point LLC | Case number (if known) | 19-74551-las |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

Inc. Village of Sands Point
Att: Building Department

Creditor's mailing address

P.O. Box 188
Port Washington, NY  11050

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
- ☐ No
- ☒ Yes. Have you already specified the relative priority?
   - ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

59 Cornwells Beach Road
Port Washington, NY  11050

Describe the lien  Permit fees and village water

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Is anyone else liable on this claim?
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 30,673.12     $ 3,500,000.00

---

**2._** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
   - ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____
_____

Describe the lien _____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____     $ _____

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor: 59 Sands Point LLC

Case number (if known): 19-74551-las

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Schlam Stone & Dolan LLP<br>~~26 Broadway~~<br>New York, NY 10004 | Line 2. 1 | _ _ _ _ |
| Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154 | Line 2. 2 | 0 1 4 7 |

Form 206D     Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 3