**Fill in this information to identify the case:**

Debtor name: 59 Sands Point LLC

United States Bankruptcy Court for the: Eastern District of NY (State)

Case number (If known): 19-74551-las

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1: Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................  $ 3,500,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................  $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................  $ 3,500,000.00

---

**Part 2: Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............  $ 30,467,094.42

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................  $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........  + $ 226,424.13

4. **Total liabilities.**............................................................................................................  $ 30,693,518.55
   Lines 2 + 3a + 3b