```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                              Case No. 19-74551-ast
59 Sands Point LLC                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0207-8          User: cmoffett             Page 1 of 1              Date Rcvd: Jul 17, 2019
                              Form ID: 324               Total Noticed: 15
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db             +59 Sands Point LLC,    7 Wellington Road,    Locust Valley, NY 11560-2415
smg            +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,    Attn: Isolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
9585588        +Bruce Palmieri,   138 Summit Avenue,    Montvale NJ 07645-1700
9585590        +Eve Winston,   768 Fifth Avenue,    a/k/a One Central Park South,    Unit 513,
                 New York NY 10019-1685
9585583        +Inc Village of Sands Point,    Att Building Department,    P.O. Box 188,
                 Port Washington NY 11050-0109
9585584        +Loeb & Loeb LLP,    345 Park Avenue,    New York NY 10154-1895
9585585       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court:   M&T Bank Corporation,    Home Owners Assistance Center,
                 475 Crosspoint Pkwy,    Getzville NY  14068)
9595227         M&T Bank Corporation,    Loeb & Loeb LLP,    910 New York Avenue NW, Suite 300 East,
                 Washington, DC 20001,    Attn: Jon Hollis,Esq.
9585587        +NGL Contracting,    One Penn Plaza,    New York NY 10119-3699
9585582        +Ronald Frankel,    731 Lexington Avenue,    New York NY 10022-1331
9585589        +Schlam Stone & Dolan LLP,    Att Richard H Dolan Esq,    Att Samuel L Butt Esq,    26 Broadway,
                 New York NY 10004-1811
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 17 2019 18:39:04
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Jul 17 2019 18:38:40     United States Trustee,
                 Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
                 Central Islip, NY 11722-4456
9585586         E-mail/Text: camanagement@mtb.com Jul 17 2019 18:38:39     M&T Bank Corporation,
                 Legal Document Processing,    P.O. Box 844,    Buffalo NY  14240-0844
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              Jonathan Hollis     on behalf of Creditor    M & T Bank Corporation jhollis@loeb.com
              Marc A Pergament     mpergament@wgplaw.com, n167@ecfcbis.com
              Samuel L. Butt    on behalf of Creditor Ronald  Frankel sbutt@schlamstone.com
              Steven B Sheinwald    on behalf of Debtor    59 Sands Point LLC steves@kirschenbaumesq.com,
               ssheinwald@kirschenbaumesq.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**Information to identify the case:**

Debtor: **59 Sands Point LLC**
Name

EIN **26–4572341**

United States Bankruptcy Court **Eastern District of New York**

Case number: **8–19–74551–ast**

Date case filed for chapter **7   6/24/19**

# NOTICE REASSIGNING CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above captioned case has been reassigned to the Honorable Alan S. Trust, United States Bankruptcy Judge, pursuant to an order dated July 17, 2019.

Please take note of the new case number: 8–19–74551–ast .

Dated: July 17, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnre7.jsp** [Notice of Reassignment of Chapter 7 Case rev 02/01/17]